### EVANS & DAVIDSON v. PHILLIPS.

SIMMONS, C. J.   Under the facts disclosed by the record, the trial judge did not abuse his discretion in granting an injunction.

*Judgment affirmed.   All the Justices concur.*

Argued July 16,—Decided August 12, 1904.

Injunction.   Before Judge Roan.   DeKalb superior court. May 14, 1904.

*DuBignon & Alston* and *L. B. Norton,* for plaintiffs in error. *Bishop & Ripley, T. F. Corrigan,* and *D. P. Phillips,* contra.

---

### PERKINS v. WATERS.

FISH, P. J.   There was no complaint that any error of law was committed on the trial.   The evidence authorized the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed.   All the Justices concur, except Evans, J., disqualified.*

Submitted July 16,—Decided August 12, 1904.

Complaint.   Before Judge Evans.   Screven superior court. August 5, 1903.

*J. W. Overstreet,* for plaintiff in error.
*Boykin & Evans,* contra.